UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kristin Much,<br><br>    Plaintiff,<br> v.<br><br>Capital One Bank (USA) N.A.; and DOES 1-10, inclusive,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.: 2:19-cv-05926-JMY<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 11, 2020

                   Respectfully submitted,

                   PLAINTIFF, Kristin Much

                   /s/ Sergei Lemberg

                   Sergei Lemberg, Esq.
                   Bar No.: 317359
                   **LEMBERG LAW, L.L.C.**
                   43 Danbury Road, 3rd
                   Wilton, CT 06897
                   Telephone: (203) 653-2250
                   Facsimile: (203) 653-3424
                   slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

         By /s/ Sergei Lemberg

          Sergei Lemberg