UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kristin Much,<br><br>            Plaintiff,<br>v.<br><br>Capital One Bank (USA) N.A.; and DOES 1-10, inclusive,<br><br>           Defendants. | Civil Action No.: 2:19-cv-05926-JMY |

## STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Kristin Much | Capital One Bank (USA) N.A. |
|---|---|
|   /s/ Sergei Lemberg | /s/ Adam H. Settle |
| Sergei Lemberg, Esq.<br>PA Bar No.: 317359<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>Attorney for Plaintiff | Adam H. Settle, Esq. (PA Bar No. 322731)<br>Daniel JT McKenna, Esq. (PA Bar No. 322731)<br>Ballard Spahr, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>(215) 864-8321<br>Attorneys for Defendant |

  /s/ Judge John Milton Younge      Date: June 8, 2020

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                            By /s/ Sergei Lemberg
                                                              Sergei Lemberg